IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITUS HILL,                                  )<br>                                                     )<br>          Plaintiff(s),                         )<br>                                                     )<br>   vs.                                              )<br>                                                     )<br>JAMIE WOODS,                         )<br>                                                     )<br>          Defendant(s).                     )<br>_____ ) | No. C 08-4222 CRB (PR)<br><br>ORDER OF DISMISSAL |

Per order filed on December 18, 2008, the court dismissed plaintiff's prisoner complaint under 42 U.S.C. § 1983 with leave to amend within 30 days. The court warned plaintiff that failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or requested an extension of time to do so. The action is DISMISSED.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:  Feb. 05, 2009                              _____
                                                                   CHARLES R. BREYER
                                                                   United States District Judge

G:\PRO-SE\CRB\CR.08\Hill, T1.dismissal.wpd